United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11    RICKY HARRELL,                          Case No.  13-4018 WHO (PR)
                     Plaintiff,

12
          v.                                  **ORDER OF DISMISSAL**
13

14    JOHN DOE,

15                   Defendant.

16

17        Plaintiff has failed to comply with the Court's order to (1) file a complete

18    application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.

19    Accordingly, the action is DISMISSED without prejudice for failing to respond to the

20    Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this

21    dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion

22    must contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The

23    Clerk shall enter judgment in favor of defendant, and close the file.

24        **IT IS SO ORDERED.**

25    **Dated:**  October 21, 2013

26                                            _____

27                                            WILLIAM H. ORRICK
                                              United States District Judge
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RICKY HARRELL,

             Plaintiff,

  v.

JOHN DOE,

             Defendant.

_____/

          Case Number: CV13-04018 WHO

          **CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Ricky Harrell
T23655
480 Alta Road
San Diego, CA 92179


Dated: October 21, 2013

                         Richard W. Wieking, Clerk
                         By: Jean Davis, Deputy Clerk